**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THOMAS NEWSOME,

     Plaintiff,

v.                                                                     No. CV 12-733 MCA/GBW

THE GEO GROUP, INC., et al.,

     Defendants.

<u>ORDER</u>

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File Excess Pages and for Extension of Time.  *Doc. 24.*  Having reviewed the Motion and the accompanying briefing (*doc. 25*) the Court will GRANT in part and DENY in part leave to file excess pages and GRANT Plaintiff's request for an extension of time to file.

Plaintiff requests an enlargement of 26 pages beyond the 24 pages of briefing permitted by the Court's Local Rules in order to respond to Defendant Geo Group's Motion to Dismiss (*doc. 23*).  *See* D.N.M.LR-Civ. 7.5.  Defendant opposes Plaintiff's request for excess pages.  *Doc. 25.*  Given that Defendant's Motion is 12 pages long, the Court finds that 24 pages provides Plaintiff with a more than adequate opportunity to respond to Defendant's Motion.  However, because Plaintiff handwrites his filings, the Court will permit Plaintiff a total of 30 pages with which to respond to Defendant's a small The Court therefore **GRANTS in part and DENIES in part** Plaintiff's request for leave to file excess pages.

Plaintiff also requests that he be given an additional twenty days to respond to Defendant's Motion to Dismiss.  Defendant does not oppose this request, and the Court will **GRANT** it.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE