IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS NEWSOME,

    Plaintiff,

v.     No. CV 12-733 MCA/GBW

THE GEO GROUP, INC., et al.,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Extend Time to Respond. *Doc. 44.* Having reviewed the Motion, the Court will GRANT it in part and DENY it in part.

Plaintiff first complains that when he received the Court's most recent order it was corrupted, rendering him unable to respond. As such, the Court will grant Plaintiff's request for additional time. He shall have fifteen (15) days from the date this order is filed to respond to provide the response referenced in the Court's order (*doc. 42*).

The Court denies Plaintiff's motion for reconsideration of the order denying his request to file excess pages.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE