IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS NEWSOME,

    Plaintiff,

    v.                                          Case No. 12-cv-733 MCA-GBW

THE GEO GROUP INC., et al,

    Defendants.

## ORDER

This matter comes before the Court on its review of the record. Defendants filed their first Motion to Dismiss on February 22, 2013. *Doc. 8.* Plaintiff filed an amended complaint on April 15, 2013, which superseded his original complaint. *Docs. 1, 20; Franklin v. Kan. Dept. of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005)(citation omitted). Defendants subsequently filed a second Motion to Dismiss on April 26, 2013. *Doc. 23.* Defendants' first Motion to Dismiss is therefore denied as MOOT.

IT IS SO ORDERED.

                                                        _____
                                                        GREGORY B. WORMUTH
                                                        UNITED STATES MAGISTRATE JUDGE